**2002–0252. Robinson v. Nationwide Mut. Ins. Co.**

Lake App. No. 2001–L–119, 2001-Ohio-8793. This cause is pending before the court as an appeal from the Court of Appeals for Lake County. Upon consideration of joint application for dismissal,

IT IS ORDERED by the court that the application for dismissal be, and hereby is, granted.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.

**2002–1984. In re Buechter.**

Miami App. No. 2002CA22, 2002-Ohio-5598. This cause is pending before the court on the certification of a conflict by the Court of Appeals for Miami County. Upon consideration of appellant's application for dismissal,

IT IS ORDERED by the court that the application for dismissal be, and hereby is, granted.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.

**2003–0100. Cincinnati School Dist. Bd. of Edn. v. Hamilton Cty. Bd. of Revision.**

Board of Tax Appeals, No. 2002–A–1142. This cause is pending before the court as an appeal from the Board of Tax Appeals. It appears from the records of this court that appellant has not filed a merit brief, due March 3, 2003, in compliance with the Rules of Practice of the Supreme Court and therefore has failed to prosecute this case with the requisite diligence. Upon consideration thereof,

IT IS ORDERED by the court that this cause be, and hereby is, dismissed, sua sponte.

**2003–0131. Crise v. Cleveland.**

Cuyahoga App. No. 80984, 2002-Ohio-6229. This cause is pending before the court as a discretionary appeal. Upon consideration of appellee's motion to dismiss the notice of appeal and memorandum in support of jurisdiction as untimely, and it appearing to the court that appellant's notice of appeal and memorandum in support of jurisdiction were not filed within 45 days of the court of appeals' judgment, as required by S.Ct.Prac.R. II(2)(A)(1),

IT IS ORDERED by the court, sua sponte, that appellant's notice of appeal and memorandum be, and hereby are, stricken.

IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.